March 30, 2026

Chief Judge Cecilia M. Altonaga
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

25CV 62632

FILED BY _____ D.C.

APR 01 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re:     Case No.: 23-cv-61557-SINGHAL
        Case No.: 25-cv-62632-DAMIAN

Dear Chief Judge Altonaga,

I am writing to you as a litigant with a case that was closed in the Southern District of Florida
and another case that is "possibly" pending in the Southern District of Florida. I would like to
give you the history of these cases so you can understand my frustration and disappointment with
the judicial system.

I was initially indicted in June 2020 for healthcare fraud. I was accused with 10 other co-
defendants[1] of defrauding the major healthcare insurance companies in the United States. I was
tried twice because the first jury hung; however, after being tried the second time I was
acquitted. After my acquittal, I filed a malicious prosecution case against the same healthcare
insurance companies that got me indicted because of their false Grand Jury testimony and false
accusations to the United States government. The case was filed in the Seventeenth Circuit in
and for Broward County; however, the defendants removed the case to the Southern District of
Florida because the defendants asserted, they were federal officers pursuant to 28 USC §1442.
Judge Singhal accepted jurisdiction pursuant to the defendants removal and retained the case[2].

The defendants moved to dismiss the malicious prosecution action and briefing for the Motion to
Dismiss was completed in September 2024. Judge Singhal finally rendered a decision on October
25, 2025[3], after a long thirteen (13) months and the Motion to Dismiss was denied in part and
granted in part. Judge Singhal dismissed all federal causes of action but left five (5) state causes
of action. Judge Singhal further ruled that he was not asserting supplemental jurisdiction and
closed the federal case. Thereafter, I complied with Judge Singhal's Order and re-filed my case
in the Seventeenth Circuit in and for Broward County within 30 days. The defendants removed
the newly filed case to the Southern District of Florida on December 19, 2025, pursuant to 28
USC § 1442.

---

[1] Christian Fletcher was a co-Defendant and has filed a malicious prosecution case in the Northern District of
Georgia and their discovery period is closing next month, which the case will then be trial ready.
[2] See Judge Singhal's Order on June 26, 2024 retaining jurisdiction. *See Dkt 119*
[3] See Judge Singhal's Order on October 25, 2026, dismissing the federal causes of action but sustaining five
state causes of action one of which was malicious prosecution. *See Dkt 157*

Judge Damian was assigned to case number 25-62632. However, since Judge Singhal knew the requisite facts of the case and just closed the 23-61557 case, my legal team requested the case be transferred to Judge Singhal. The case was transferred to Judge Singhal who then recused himself from the case and the case was then transferred back to Judge Damian. The defendants were going to file a Motion to Dismiss for case number 25-62632 even though Judge Singhal just issued an Order on the same facts less than two (2) months prior and there was no new case law. Judge Damian then issued an Order to halt any other filings and set a Case Management conference on February 11, 2026. However, on February 10, 2026, Judge Damian issued an Order canceling the February 11, 2026, Case Management conference. I have sat in a holding pattern since Judge Damian's Order, which as of today since filing the case number 25-62632, it will have been five (5) months that nothing has occurred. Therefore, counting the wait time for the Motion to Dismiss Order and the time I have filed this new action at the direction of the Court, I have waited a total of eighteen months (18), which in my opinion as a citizen of the United States and member of the Florida, Georgia and Washington, DC bars, this is wholly unacceptable.

I am frustrated with this process because when I was tried criminally there were no delays. However, when I am the prosecuting party, I have had delay after delay and the only thing I have since the filing of my action almost three (3) years ago is an Order on a Motion to Dismiss. As you can imagine, this case is immensely emotionally and mentally draining. I am requesting that someone review my case and issue an Order so that I can get out of this gridlock.

Thank you for assisting me as the Chief Judge of the Southern District of Florida. I know this is very uncommon and unusual for a litigant to reach out to the Chief Judge but in my opinion, this is an extremely unusual issue.

Sincerely,

Aaron Durall, Esquire





# FedEx®

**This envelope is only for FedEx Express® shipments.**

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx shipping document, the current FedEx Service Guide, or the conditions of carriage for complete terms, conditions, and limits of liability.

© 2025 FedEx 155477 REV 2/25

**PAP 21**

Please recycle. See how we are connecting the world in responsible and resourceful ways at **fedex.com/sustainability**. Recycling options may vary by location.

99155477

**Scan to learn how we can help make Earth a priority together.**